| | | |
|---|---|---|
| Label Matrix for local noticing<br>0539-4<br>Case 21-41090-mxm13<br>Northern District of Texas<br>Ft. Worth<br>Wed Dec 15 13:05:33 CST 2021 | Capital One Auto Finance, a division of Capi<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Quantum3 Group LLC as agent for<br>Sadino Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 |
| 501 W. Tenth Street<br>Fort Worth, TX 76102-3637 | AD Astra Recovery Services<br>7330 W. 33rd St. N 118<br>Wichita, KS 67205-9370 | Account Services<br>1802 NE Loop 410 800<br>San Antonio, TX 78217-5208 |
| Account Services<br>PO Box 659818<br>San Antonio, TX 78265-9118 | Ace Cash Express<br>300 E John Carpenter Frwy 900<br>Irving, TX 75062-2789 | Advance America<br>928 S 14th St<br>Kingsville, TX 78363-6420 |
| Arrowhead Advance<br>PO Box 157<br>Claymont, DE 19703-0157 | (p)ATLAS ACQUISITIONS LCC<br>492C CEDAR LANE SUITE 442<br>TEANECK NJ 07666-1713 | Attorney General of Texas<br>Bankruptcy Section<br>400 South Zang, Ste 1100<br>Dallas, TX 75208-6646 |
| Banfield Pet Hospital<br>18101 SE 6th Way<br>Vancouver, WA 98683-7509 | Bank of America<br>PO Box 25118<br>Tampa, FL 33622-5118 | Billshark<br>Po Box 92<br>Hopkinton, MA 01748-0092 |
| CB Indigo-GF<br>PO Box 4499<br>Beaverton, OR 97076-4499 | CF Medical LLC C/O Law Office of Mitchell Bl<br>Po Box 120267 Dept 0267<br>Dallas, TX 75312-0267 | Capital One<br>P.O. Box  30285<br>Salt Lake City, UT 84130-0285 |
| Capital One Auto<br>7933 Preston Rd<br>Plano, TX 75024-2359 | Capital One Auto Finance, a division of<br>AIS Portfolio Services, LP<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Capital One Auto Finance, a division of Capi<br>P.O. Box 4360<br>Houston, TX 77210-4360 |
| Capital One Bank<br>PO Box 60<br>Saint Cloud, MN 56302-0060 | Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Carey D Ebert<br>PO Box 941166<br>Plano, TX 75094-1166 |
| Cash Store<br>1901 Gateway Dr 200<br>Irving, TX 75038-2425 | CashApp<br>1455 Market St 600<br>San Francisco, CA 94103-1332 | CashMax<br>5200 Lemmon Ave 106<br>Dallas, TX 75209-6395 |
| CashNetUSA<br>175 W Jackson Blvd<br>Suite 1000<br>Chicago, IL 60604-2863 | CashNetUSA.com<br>PO Box 643990<br>Cincinnati, OH 45264-0309 | Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595-2321 |

| | | |
|---|---|---|
| (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | Check City<br>PO Box 970183<br>Orem, UT 84097-0183 | Check N Go<br>7755 Montgomery Road<br>Cincinnati, OH 45236-4197 |
| Check N Title<br>3821 S Bucker Blvd<br>Dallas, TX 75227-4312 | Chrysler Capital<br>P.O. Box 961275<br>Fort Worth, TX 76161-0275 | Chrysler Capital<br>PO Box 660335<br>Dallas, TX 75266-0335 |
| City Finance<br>1330 N McDonald St  2<br>Mckinney, TX 75071-1880 | Cliffs Finance Company<br>PO Box 700115<br>Dallas, TX 75370-0115 | Coastlife Credit Union<br>6810 Saratoga Blvd<br>Corpus Christi, TX 78414-3932 |
| (p)PNC BANK RETAIL LENDING<br>P O BOX 94982<br>CLEVELAND OH 44101-4982 | Conns Credit Corp<br>3295 College St<br>Beaumont, TX 77701-4611 | Credit Service Company<br>Po Box 1120<br>Colorado Springs, CO 80901-1120 |
| David Scott<br>5100 Old Oak Lane<br>Colleyville, TX 76034-5172 | ERC<br>PO Box 57610<br>Jacksonville, FL 32241-7610 | Fed Loan Serv<br>PO Box 60610<br>Harrisburg, PA 17106-0610 |
| First Premier Bank<br>PO Box 5524<br>Sioux Falls, SD 57117-5524 | Frost Bank<br>100 W Houston St<br>San Antonio, TX 78205-1400 | Geico<br>Region 5 Policy Processing<br>PO box 509104<br>San Diego, CA 92150-9104 |
| Gold Star Finance<br>107 S First St B<br>Garland, TX 75040-7219 | Golds Gym<br>4001 Maple Ave Ste 200<br>Dallas, TX 75219-3249 | Internal Revenue Service<br>IRS - SBSE Insolvency Area 10<br>1100 Commerce St., MC 5026 DAL<br>Dallas, TX 75242-1100 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Kay Jewelers<br>PO Box 4477<br>Beaverton, OR 97076-4401 |
| Lee Law Firm, PLLC<br>8701 Bedford Euless Rd<br>Hurst, TX 76053-3804 | (p)QCHI<br>PO BOX 14948<br>LENEXA KS 66285-4948 | Liberty Mutual<br>175 Berkley Streeet<br>Boston, MA 02116-3350 |
| Linebarger Goggan Blair & Sampson LLP<br>900 Arion Parkway  104<br>San Antonio, TX 78216-2872 | Linebarger Goggan Blair et al<br>2323 Bryan 1600<br>Dallas, TX 75201-2637 | MiraMed Revenue IL Trust<br>PO Box 1411<br>Carol Stream, IL 60132-1411 |

| | | |
|---|---|---|
| National Credit Adjusters<br>327 W 4th Ave<br>Hutchinson, KS 67501-4842 | National Credit Adjusters, LLC<br>Attn: Bankruptcy Department<br>P.O. Box 3023<br>Hutchinson, KS 67504-3023 | Navy Army Community Credit Union<br>5725 Spohn Dr<br>Corpus Christi, TX 78414-4117 |
| (p)PREFERRED LEASE<br>ATTN BANKRUPTCY DEPARTMENT<br>5501 HEADQUARTERS DR<br>PLANO TX 75024-5837 | Premier Bankcard, LLC<br>Jefferson Capital Systems LLC Assignee<br>Po Box 7999<br>Saint Cloud MN 56302-7999 | Prosperity Bank<br>1301 N Mechanic St<br>El Campo, TX 77437-2633 |
| Quantum3 Group LLC as agent for<br>Bluestem and SCUSA<br>PO Box 788<br>Kirkland, WA 98083-0788 | Quantum3 Group LLC as agent for<br>CF Medical LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Quantum3 Group LLC as agent for<br>Genesis FS Card Services Inc<br>PO Box 788<br>Kirkland, WA 98083-0788 |
| Receivable Management<br>240 Emery St<br>Bethlehem, PA 18015-1980 | Simms Associates, Inc<br>800 Pencader Drive<br>Newark, DE 19702-3354 | Skytrail Ningodwaaswi, LLC<br>PO Box 1115<br>Lac Du Flambeau, WI 54538-1115 |
| (p)SNAP FINANCE<br>PO BOX 26561<br>SALT LAKE CITY UT 84126-0561 | (p)SPEEDWAY LOANS INC<br>ATTN LEGAL DEPARTMENT<br>175 SW 7TH ST #1900<br>MIAMI FL 33130-2960 | Speedyway Loans<br>175 SW 7th St 1900<br>Miami, FL 33130-2960 |
| (p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION<br>PO BOX 13528<br>AUSTIN TX 78711-3528 | TBOM-Contfin<br>45500 New Linden Hill Rd<br>Wilmington, DE 19808 | Telecom Self-Reported<br>PO Box 4500<br>Allen, TX 75013-1311 |
| Texas Alcohol Beverage Commission<br>Licenses and Permits Division<br>PO Box 13127<br>Austin, TX 78711-3127 | Texas Car Title and Payday Loan<br>724 S Central Expressway<br>Richardson, TX 75080-7402 | Texas Employment Commission<br>TEC Building - Bankruptcy<br>101 E. 15th Street<br>Austin, TX 78778-0001 |
| (p)TOLEDO FINANCE CORPORATION<br>3821 JUNIPER TRACE<br>SUITE 209<br>AUSTIN TX 78738-5517 | Transworld Systems Inc<br>500 Vitginia Dr 514<br>Fort Washington, PA 19034-2733 | (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 |
| U.S. Bank NA dba Elan Financial Services<br>Bankruptcy Department<br>PO Box 108<br>Saint Louis, MO 63166-0108 | U.S. Department of Education<br>c/o FedLoan Servicing<br>P.O. Box 69184<br>Harrisburg, PA 17106-9184 | United States Attorney<br>110 North College Ave 700<br>Tyler, TX 75702-0204 |
| United States Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-0996 | United States Trustees Office<br>110 North College Ave 300<br>Tyler, TX 75702-7231 | Utility Self-Reported<br>PO BOx 4500<br>Allen, TX 75013-1311 |

| | | |
|---|---|---|
| Vervent-TBOM<br>5109 S Broadband Ln<br>Sioux Falls, SD 57108-2208 | Webbank-Fingerhut<br>6250 Ridgewood Rd<br>Saint Cloud, MN 56303-0820 | Wells Fargo<br>PO Box 6995<br>Portland, OR 97228-6995 |
| West Texas A & M University<br>WTAMU Box 60999<br>Canyon, TX 79016-0001 | World Finance<br>104 S Main St 400<br>Greenville, SC 29601-2711 | World Finance Corp. c/o World Acceptance Cor<br>Attn: Bankruptcy Processing Center<br>PO Box 6429<br>Greenville, SC 29606-6429 |
| Xiang Chen<br>224 Wilshire Dr<br>Coppell, TX 75019-3623 | Christopher Marvin Lee<br>Lee Law Firm, PLLC<br>8701 Bedford Euless Road<br>Suite 510<br>Hurst, TX 76053-3874 | Eric Allen Maskell<br>Lee Law Firm, PLLC<br>8701 Bedford Euless Rd.<br>Suite 510<br>Hurst, TX 76053-3874 |
| Krystina Ann Buitron-Steele<br>8966 Hialeah CIrcle<br>North Richland Hills, TX 76182-3226 | Tim Truman<br>6851 N.E. Loop 820, Suite 300<br>N Richland Hills, TX 76180-6608 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Atlas Acquisitions LLC<br>492C Cedar Lane, Ste 442<br>Teaneck, NJ 07666 | Chase Bank<br>PO Box 6185<br>Westerville, OH 43086 | Compass Bank BBVA<br>Po Box 10184<br>Birmingham, AL 35202-0184 |
| Internal Revenue Service<br>Insolvency<br>PO Box 21126<br>Philadelphia, PA 19114 | Lend Nation<br>8208 Melrose Dr<br>Overland Park, KS 66214 | Preferred Lease<br>5501 Headquarters Dr<br>Plano, TX 75024 |
| Snap Finance<br>P.O. Box 26561<br>Salt Lake City, UT 84126 | Speedway Loans<br>175 SW 7th St 1900<br>Miami, FL 33130 | State Comptroller<br>Revenue Accounting Div Bankruptcy<br>Po Box 13528<br>Austin, TX 78711-3528 |
| Toledo Finance<br>2601 Gus Thomasson  200<br>Mesquite, TX 75150 | U. S. Bank NA<br>dba Elan Financial Services<br>PO Box 108<br>Saint Louis, MO 63166-0108 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Capital One Auto Finance, a division of Ca<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | (d)Quantum3 Group LLC as agent for<br>Sadino Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | End of Label Matrix<br>Mailable recipients   100<br>Bypassed recipients     2<br>Total                 102 |